# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

JEREMY THOMPSON,

      Defendant.

Case No. 2:20-cr-00347-JAD-NJK

**ORDER**

ECF No. 35

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on April 11, 2022 at the hour of 11:00 a.m., be vacated and continued to April 18, 2022, at 10:00 a.m. and will be conducted in person.

    DATED this 5th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE