# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-347-JAD-NJK |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| JEREMY THOMPSON, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and (a)(3) based upon the plea of guilty by Jeremy Thompson to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Jeremy Thompson pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 29; Plea Agreement, ECF No. 30; Preliminary Order of Forfeiture, ECF No. 31.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 29, 2022, through February 27, 2022, notifying all potential

///

third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 33-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and (a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Acer Chromebook, Model Number N15Q10, Serial Number: NXG85AA003743331547600;
2. Samsung cell phone, Model Number SCH-R970C, ICCID Number: 8931009000004902274, MEID Dec: 99000344075620;
3. Seagate 500GB Free Agent GO Flex external hard drive; Serial Number: NA030MES;
4. Sony Tablet 24GBs, model number: SGPT112US, Serial Number: 275501010009359, and internal 32 GB San Disk micro SD Card;
5. Samsung Tablet 16 GB Galaxy Tab E, Model Number SM-T560NU, Serial Number: R52JA08DV1B, and internal San Disc 64 GB Ultra Plus micro SD card; and
6. Motorola Moto G6 Forge cell phone, serial number: ZL32228CBX, IMEI No. 351891090425023, and internal San Disc 32 GB micro SD card

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED: April 18, 2022.

                                          _____
                                          JENNIFER A. DORSEY
                                          UNITED STATES DISTRICT JUDGE